THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CITY OF HORNELL, Respondent

Argued November 27, 1939; decided December 28, 1939.

556

*John J. Bennett, Jr., Attorney-General (Hugh Reilly* and *John M. Stull* of counsel), for appellant.

*Harry L. Allen, City Attorney,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.